**Dated: January 12, 2026**

**The following is ORDERED:**



*Paul R. Thomas*
PAUL R. THOMAS
UNITED STATES BANKRUPTCY JUDGE

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No. 25-81085 |
| Blackbeard Marine, Inc., | ) | Chapter 7 |
| | ) | |
| Debtor(s) | ) | |

### ORDER TO EMPLOY PROFESSIONAL PERSON

This Court, upon review of the Application for Authority to to Employ Adam Shaarawy of TrueScope Consulting LLC, 1104 Scarlet Sage Dr, Georgetown, TX 78628 finds that an Order should be entered granting the Application.

**IT IS THEREFORE ORDERED** that the Application to employ to Adam Shaarawy of TrueScope Consulting LLC as forensic expert to the Trustee is approved subject to the following:

1. This Order is not a determination that the services are necessary;
2. No determination is made that the person or entity being employed does not represent an adverse interest; and
3. No fee agreement between the Applicant and the person or entity being employed is binding on the Court.

###

Movant shall notice interested parties.

*/s/ Luke Homen*
Luke Homen, OBA #32243
Luke Homen Law
10313 Greenbriar Parkway
Oklahoma City, OK
Phone: (405) 639-2099
Fax:   (405) 252-1654
trustee@lukehomenlaw.com